UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAMAR BROWN,

                Plaintiff,

    -against-

DL Franchising, LLC,

              Defendant.
-----------------------------------------------------------------X

**INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE ORDER**

**22-cv-5836 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **June 13, 2023, at 10:00 a.m**.

On May 1, 2023, the Court directed the Parties "to complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting, at https://nysd.uscourts.gov/hon-jennifer-e-willis, and file it on ECF one week before the scheduled conference." Dkt. No. 12. The Court has not received a proposed case management plan.

The Parties are ordered to meet and confer as required by Federal Rule of Civil Procedure 26(f).

The Parties must submit either a joint letter stipulating to a proposed case management plan or each Party must file their own letter detailing their position on any outstanding dispute. **The letter must be filed by June 12, 2023.**

    SO ORDERED.

DATED:     New York, New York
               June 9, 2023

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge