**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LAMAR BROWN,

                      Plaintiff,              **ORDER**

        -against-                    **22-cv-5836 (PGG) (JW)**

DL FRANCHISING, LLC,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This action was scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on June 13, 2023, at 10:00 a.m. Dkt. No. 13.

On June 12, 2023, Plaintiff filed a Notice of Settlement and requested that all future conferences and deadlines be adjourned. Dkt. No. 14.

Tomorrow's conference is thus CANCELED, and all additional deadlines are adjourned *sine die*.

The Parties shall provide an update on the status of settlement negotiations **by July 12, 2023.**

SO ORDERED.

DATED:    New York, New York
                June 12, 2023

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge